IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-03-AR-3438-J

Inmate Identification Number:

__MICHAEL JOE SHARITT__

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

__WALKER COUNTY__
__SHERIFF DEPARTMENT__

(Enter above full name(s) of the defendant(s) in this action)

03 DEC 31 PM 2:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )      No ( X )

    B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff(s):   __N/A__

            Defendant(s):   __N/A__

2. Court (if Federal Court, name the district; if State Court name the county) _NA_

3. Docket number _NA_

4. Name of judge to whom case was assigned _NA_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NA_

6. Approximate date of filing lawsuit _NA_

7. Approximate date of disposition _NA_

II. Place of present confinement _Walker County Jail Jasper Alabama_

A. Is there a prisoner grievance procedure in this institution?
Yes ( X )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( X )    No ( )

C. If your answer is YES:

1. What steps did you take? _Asked for proper paper & complaint forms._

2. What was the result? _Forms and Papers were provided._

D. If your answer is NO, explain why not? _NA_

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) MICHAEL JOE SHARITT

Address 2001 2ND Ave. N. Jasper, Al. 35501

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant FRANK McGINITY

is employed as WALKER County Jailer

at Walker County Jail, Jasper Alabama

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Two jailers were horseplaying and dropped a milk, I reached to pick it up AND the jailer shoved me down which resulted in said injuries. As a result I have filed this claim.

3

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Micheal Sharrett_ has been incarcerated in this institution since _12-10_, 19_03_, and that he has the sum of $_0_ in his prison or jail trust account on this the _29_ day of _Dec._, 19_03_. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | | $ | $ |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | Dec 03 | $ 0 | $ 0 |

_Carol Hurn_
Signature of Authorized Officer of Institution

_Walker Co. Jail_
Name of Institution

4